UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC FLORES,

      Plaintiff,

v.

      Case Number 15-11359
      Honorable David M. Lawson
      Magistrate Judge David R. Grand

UNITED STATES ATTORNEY GENERAL
and FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE

Presently before the Court is the report issued on April 29, 2015 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the plaintiff's application to proceed *in forma pauperis* and dismiss the plaintiff's complaint with prejudice under 28 U.S.C. § 1915(e)(2)(B). Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation that the Court dismiss the plaintiff's complaint with prejudice [dkt. #5] is **ADOPTED.**

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE.** If the plaintiff files any additional frivolous filings, the Court may issue an order restricting the plaintiff's ability to commence future civil actions in the Eastern District of Michigan.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: May 27, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 27, 2015

s/Susan Pinkowski
SUSAN PINKOWSKI